UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HELEN SWARTZ, Individually,

        Plaintiff,

v.                                          Case No. 2:22-cv-0533-JHS

MARRIOTT HOTEL SERVICES, INC., a
Delaware Corporation,

        Defendant.

_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice and without costs to either party except as otherwise stated in the parties' Settlement Agreement, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.  The parties request that this Court retain jurisdiction of this matter to enforce the terms of the parties' Settlement Agreement, if necessary.

Respectfully submitted,

**FOR THE PLAINTIFF:**                      **FOR THE DEFENDANT:**

/s/Brandon A. Rotbart                    /s/Clark Whitney
Brandon A. Rotbart, Esq., Of Counsel       Clark Whitney, Esq.
*pro hac vice*                              Ogletree, Deakins, Nash, Smoak
Fuller, Fuller & Associates, P.A.              & Stewart, P.C.
12000 Biscayne Boulevard, Suite 502       1735 Market Street, Suite 3000
North Miami, FL  33181                      Philadelphia, PA 19103
Telephone: (305) 891-5199               Telephone: (215) 995-2800
rotbart@rotbartlaw.com                   clark.whitney@ogletreedeakins.com

David S. Dessen, Esq. (I.D. 17627)        Dated:  July 7, 2022
Dessen, Moses & Rossitto
600 Easton Road
Willow Grove, PA  19090
Telephone:  (215) 496-2902
ddessen@dms-lawyer.com

Dated:  July 7, 2022